**SEALED**

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
   Telephone: (916) 554-2700
4  Facsimile:  (916) 554-2900

**FILED**

MAY 0 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH
butterflystacks@yahoo.com THAT IS
STORED AT PREMISES CONTROLLED BY
Yahoo! Inc.

CASE NO. 2:16-SW-0261 EFB

SEALING ORDER

**UNDER SEAL**

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 5-4-2016

_____
Hon. Edmund F. Brennan
United States Magistrate Judge