1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 1 2 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10
   IN THE MATTER OF THE APPLICATION          CASE NO.  2:16-SW-261 EFB
11 OF THE UNITED STATES OF AMERICA
   FOR SEARCH WARRANT CONCERNING:            [PROPOSED] ORDER REGARDING MOTION TO
12                                           UNSEAL SEARCH WARRANT
   Information associated with
13 butterflystacks@yahoo.com that is stored at
   premises controlled by Yahoo! Inc.
14

15

16      The government's motion to unseal the Search Warrant and this case is GRANTED.

17

18 DATED:  4/12/17

19                                          _____
                                            Hon. Allison Claire
20                                          United States Magistrate Judge

21

22

23

24

25

26

27

28

1